UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIGUEL A. TREJOS,

          Plaintiff,

-vs-                              Case No. 6:07-cv-1100-Orl-28UAM

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's appeal of a final decision of the Commissioner of Social Security ("Commissioner") denying Plaintiff's application for disability insurance benefits and supplemental security income payments (Doc. No. 1) filed June 28, 2007. The United States Magistrate Judge has submitted a report recommending that the Commissioner's decision be reversed and remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 29, 2008 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's decision is **REVERSED** and **REMANDED** pursuant to 42 U.S.C. § 405(g) (Sentence Four).

3. The Clerk is directed to enter judgment in favor of Plaintiff and to thereafter close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___15___ day of September, 2008.

```
                                       JOHN ANTOON II
                                       United States District Judge
```

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party