**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MIGUEL A. TREJOS,**

            **Plaintiff,**

-vs-                                    Case No. 6:07-cv-1100-Orl-28UAM

**COMMISSIONER OF SOCIAL SECURITY,**

            **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 26) filed October 10, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 16, 2008 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Uncontested Petition for Attorney's Fees is **GRANTED**.

    3.    The Commissioner of Social Security shall pay $4,315.70 in attorney's fees to Plaintiff.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_4\_\_ day of November, 2008.

                                            JOHN ANTOON II
                                            United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party