# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MIGUEL A. TREJOS,

    Plaintiff,

-vs-                                        Case No. 6:07-cv-1100-Orl-28GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

This case is before the Court on Richard A. Culbertson's Uncontested Second Amended Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) (Doc. No. 38) filed May 7, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 17, 2010 (Doc. No. 39) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Richard A. Culbertson's Uncontested Second Amended Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) is **GRANTED**.

3. Mr. Culbertson is authorized to charge and collect from Plaintiff the sum of $16,889.05.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __21st__ day of July, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge